IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL P. SMITH                                                                                     PLAINTIFF

      v.                                                         CIVIL NO. 07-3033

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

## J U D G M E N T

Now on this 17th day of July, 2008, comes on for consideration the Report and Recommendation dated June 26, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

      IT IS SO ORDERED.

                                                  /s/Jimm Larry Hendren
                                                  HON. JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE