IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MICHAEL P. SMITH                                                PLAINTIFF

      v.                              CIVIL NO. 07-3033

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                  DEFENDANT

## O R D E R

On this 5th day of January, 2009, the Court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 42 U.S.C. § 406(b). For reasons set forth in the Report And Recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on December 8, 2008, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney's fees in the amount of $621.53.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)